# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Meryl Squires Cannon, et al.

                              Plaintiff,

v.                                                      Case No.: 1:14−cv−05611

                                                        Honorable Sara L. Ellis

Forest Preserve District of Cook County, Illinois, The, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 6, 2016:

      MINUTE entry before the Honorable Sara L. Ellis: Plaintiffs' substantially agreed motion for expedited extension of filing deadline [67] is granted. Plaintiffs' response to motions to dismiss are due by 2/15/16. Defendants' replies are due by 3/7/16. Ruling date set for 4/6/16 is stricken and reset to 5/12/16 at 1:30 PM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.