UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Meryl Squires Cannon, et al.

                                            Plaintiff,

v.                                               Case No.:
                                              1:14−cv−05611
                                              Honorable Sara L. Ellis

Forest Preserve District of Cook County, Illinois, The, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 8, 2016:

      MINUTE entry before the Honorable Sara L. Ellis: Plaintiffs' unopposed motion for leave to file one combined brief with increased page limit [70] is granted. Plaintiffs are given leave to file one combined response brief with a 30 page limit. No appearance required, 2/9/2016. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.