IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERYL SQUIRES CANNON and RICHARD KIRK CANNON, <br><br> Plaintiffs, <br> v. <br><br> FOREST PRESERVE DISTRICT OF COOK COUNTY, ILLINOIS; BMO HARRIS BANK, N.A., UNITED STATES OF AMERICA; BAYVIEW LOAN SERVICING, LLC; MCGINLEY PARTNERS, LLC; ROBERT MCGINLEY; and DOES 1 through 15, <br><br> Defendants. | No. 14-CV-5611 |

### NOTICE OF NO PETITION FOR CERTIORARI

      The Plaintiffs in the *Baker v. The Forest Preserve District of Cook County, Illinois* case did not seek further review of the Illinois court's decision in the United States Supreme Court. The attached docket entry reflects that any petition for certiorari was due, after extension, by February 26, 2016, and that as of April 28, 2016, no petition was filed.

                                             **FOREST PRESERVE DISTRICT**
                                             **OF COOK COUNTY, ILLINOIS,**

                                             By: /s/ Christopher W. Carmichael
                                                       One of its Attorneys

Christopher W. Carmichael
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Floor
Chicago, Illinois 60603
Tel: (312) 263.3600
christopher.carmichael@hklaw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on **April 28, 2016**, the foregoing **Notice of No Petition For Certiorari** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

By:/s/ Christopher W. Carmichael