# EXHIBIT A

Search - Supreme Court of the United States http://www.supremecourt.gov/search.aspx?filename=/docketfiles/1...

SUPREME COURT
OF THE UNITED STATES

Visiting the Court | Touring the Building | Exhibitions

Search: All Documents Docket Advanced Search

Enter Search Text: Search Help

Home | Search Results

No. 15A652

| | |
|---|---|
| Title: | Todd Baker, et al., Applicants<br>v.<br>Forest Preserve District of Cook County, Illinois, et al. |
| Docketed: | December 21, 2015 |
| Lower Ct: | Appellate Court of Illinois, First District |
| Case Nos.: | (1-14-1157) |

| ~~~Date~~~ | ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~ |
|---|---|
| Dec 18 2015 | Application (15A652) to extend the time to file a petition for a writ of certiorari from December 29, 2015 to February 26, 2016, submitted to Justice Kagan. |
| Dec 21 2015 | Application (15A652) granted by Justice Kagan extending the time to file until February 26, 2016. |

| ~~Name~~~~~~~~~~~~~~~~~~~~~ | ~~~~~~~Address~~~~~~~~~~~~~~~~~~ | ~~Phone~~~ |
|---|---|---|
| **Attorneys for Petitioners:** | | |
| David C. Frederick<br>Counsel of Record | Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036 | (202) 326-7900 |
| Party name: Todd Baker, et al. | | |

April 28, 2016 | Version 2014.1

**Home | Help | Site Map | Contact Us | About Us | FAQ | Jobs | Links | Building Regulations**
**Website Policies and Notices | Privacy Policy | USA.GOV**

**Supreme Court of the United States**

1 of 1 4/28/2016 11:19 AM