IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERYL SQUIRES CANNON; RICHARD KIRK CANNON; ROYALTY PROPERTIES, LLC; and CANNON-SQUIRES PROPERTIES, LLC<br><br>Plaintiffs,<br><br>v.<br><br>FOREST PRESERVE DISTRICT OF COOK COUNTY, ILLINOIS; BMO HARRIS BANK, N.A., FEDERAL DEPOSIT INSURANCE CORPORATION; BAYVIEW LOAN SERVICING, LLC; and DOES 1 through 15,<br><br>Defendants. | No. 14-cv-5611<br><br>Judge: Sara L. Ellis |

**NOTICE OF BASIS FOR NOT FILING**
**PETITION FOR U.S. CERTIORARI IN *BAKER* CASE**

**PLEASE TAKE NOTICE:** Given that the decision in *Baker v. The Forest Preserve District of Cook County, Illinois* (1-14-1157) was decided strictly based on compliance with state statutory law and did not decide U.S. Constitutional issues regarding compliance with the Takings Clause and Eminent Domain, it was decided that was not the best case between these parties which is most likely to support grant of certiorari by the United States Supreme Court. Thus, Plaintiffs in *Baker* did not seek further review of the Illinois court's decision.

DATED: April 29, 2016

                                                        Respectfully Submitted,

                                                        /s/ Richard Kirk Cannon
                                                      Richard Kirk Cannon
                                                     Law Offices of Cannon & Associates
                                                     117 S. Cook St., #361
                                                     Barrington, IL  60010-4311
                                                     (847) 381-1600

                                                     *As Attorneys For Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Richard Kirk Cannon, caused to be served a copy of the foregoing document by filing same with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

/s/ Richard Kirk Cannon