# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Meryl Squires Cannon, et al.

                          Plaintiff,

v.                                                     Case No.: 1:14−cv−05611

                                                       Honorable Sara L. Ellis

Forest Preserve District of Cook County, Illinois, The, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 9, 2016:

      MINUTE entry before the Honorable Sara L. Ellis: Enter Opinion and Order. The Court grants Defendants' motions to dismiss [61, 62, 64]. The Court dismisses the second amended complaint with prejudice. This case is terminated. Mail AO 450. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.