# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Meryl Squires Cannon et al,

Plaintiff(s),

v.

Forest Preserve District of Cook County, Illinois et al,

Defendant(s).

Case No. 14-cv-5611
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Forest Preserve District of Cook County, Illinois, BMO Harris Bank, N.A., United States of America, Bayview Loan Servicing, LLC, McGinley Partners, LLC, Robert R. McGinley, and Francis L. Keldermans.
and against plaintiff(s) Meryl Squires Cannon, Richard Kirk Cannon, Royalty Properties, LLC and Cannon Squires Properties, LLC.
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion to dismiss complaint.

Date: 5/9/2016                    Thomas G. Bruton, Clerk of Court

Rhonda Johnson, Deputy Clerk