# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Meryl Squires Cannon, et al.

|  | Plaintiff, |
| --- | --- |
| v. | Case No.:<br>1:14−cv−05611<br>Honorable Sara L. Ellis |
| Forest Preserve District of Cook County, Illinois, The, et al. | |
|  | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 9, 2016:

     MINUTE entry before the Honorable Sara L. Ellis: Motion hearing held on 6/9/2016. Plaintiffs' motion for relief from judgment under Federal Rules of Civil Procedure Rule 59(e) and Rule 60(b)[83] is denied for the reasons stated in open court. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.