IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERYL SQUIRES-CANNON; ) <br> RICHARD KIRK CANNON; ) <br> ROYALTY PROPERTIES, LLC; and ) <br> CANNON SQUIRES PROPERTIES, LLC; ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> FOREST PRESERVE DISTRICT OF COOK ) <br> COUNTY, ILLINOIS; ) <br> BMO HARRIS BANK, N.A.; ) <br> UNITED STATES OF AMERICA; ) <br> BAYVIEW LOAN SERVICING, LLC; ) <br> FRANCIS L. KELDERMANS; ) <br> McGINLEY PARTNERS, LLC; ) <br> ROBERT R. McGINLEY; and ) <br> DOES 1 through 15; ) <br> Defendants. ) | Case No.: 14-CV-5611 <br><br><br> Judge: Honorable Sara L. Ellis <br><br> Magistrate: Honorable Maria Valdez |

## NOTICE OF APPEAL

Notice is hereby given that Meryl Squires-Cannon, Richard Kirk Cannon, Royalty Properties LLC, and Cannon Squires Properties LLC, plaintiffs in the above styled and numbered cause, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the judgment entered in this action on May 9, 2016 and from the Court's *Opinion And Order* entered concurrently therewith, as well as from the Order entered on June 10, 2016 denying *Plaintiffs' Motion For Relief From Judgment Under Federal Rules of Civil Procedure Rule 59(e) and Rule 60(b)*.

Dated this 8th day of August, 2016.

                                                Law Offices of Cannon & Associates

                                                /s/ Richard Kirk Cannon
                                                Richard Kirk Cannon - - State Bar # 3129009
                                                117 S. Cook St., #361
                                                Barrington, IL 60010-4311
                                                Tel: (847) 381-1600
                                                Fax: (847)381-6650
                                                Email: rkcannon@cannoniplaw.com

                                                *Attorneys for Plaintiffs/Appellants*
                                                *Meryl Squires-Cannon; Richard Kirk Cannon; Royalty*
                                                *Properties, LLC; and Cannon Squires Properties, LLC*

## **CERTIFICATE OF SERVICE**

  I, Richard Kirk Cannon, caused to be served a copy of the foregoing:

NOTICE OF APPEAL

by filing same with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

/s/ Richard Kirk Cannon