# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 9, 2016

**To:**   Thomas G. Bruton
          Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 16-3131
>
> Caption:
> MERYL S. CANNON, et al.,
> Plaintiffs - Appellants
>
> v.
>
> FOREST PRESERVE DISTRICT OF COOK COUNTY, ILLINOIS, et al.,
> Defendants - Appellees
>
> ---
>
> District Court No: 1:14-cv-05611
> Clerk/Agency Rep Thomas G. Bruton
> District Judge Sara L. Ellis
>
> Date NOA filed in District Court: 08/08/2016

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)